Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Christin June Delay

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIN JUNE DELAY, | Case No.: 2:23-cv-01953-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S OPENING BRIEF AND [PROPOSED] ORDER |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Christin June Delay and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from February 21, 2024 to March 20, 2024, for Plaintiff to file her opening brief with all other dates as per the Supplemental Rules

1  for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
2  Procedure extended accordingly. This is Plaintiff's first request for an extension.
3  This request is made at the request of Plaintiff's counsel to further investigate
4  potential new and material evidence that may warrant remand.  This request is also
5  made to further the nature of prior medical records submissions to the agency that
6  are not part of the record.  On behalf of plaintiff, the parties respectfully request the
7  granting of this request for proper briefing of this matter.

DATE: February 22, 2024     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Christin June Delay

DATE: February 22, 2024          JASON M. FRIERSON
                                 United States Attorney

          */s/ Franco L. Becia*

BY: _____

Franco L. Becia
Special Assistant United States Attorney
|*authorized by e-mail|

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

IT IS SO ORDERED.

DATED: 2/23/2024

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:23-CV-01953-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 22, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____